In the Matter of JACOB GRUMET, Fire Commissioner, as Trustee of the Volunteer Firemen's Benevolent Fund, Respondent, against ROBERT W. GOODBODY et al., Respondents, and HENRY BUTECKE, as Trustee of the Exempt Firemen's Benevolent Fund of the County of Kings, Appellant.

Argued October 19, 1955; decided January 12, 1956.

*Edward D. Re* and *Fred G. Moritt* for appellant.

*Peter Campbell Brown, Corporation Counsel (Morgan N. Lipton* and *Seymour B. Quel* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: DYE and BURKE, JJ.